UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CRYSTAL B. on behalf of R.A.R.T., a minor, )
)
)
Plaintiff, )
)
v. )  No. 2:25-cv-00337-JPH-MKK
)
FRANK J. BISIGNANO Commissioner of )
Social Security Administration, )
)
Defendant. )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge M. Kendra Klump has entered a Report and Recommendation recommending that the Court reverse and remand the Commissioner's decision denying R.A.R.T.'s petition for disability insurance benefits.  Dkt. 16.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the Report and Recommendation.  Dkt. [16].  This case is **REVERSED and REMANDED** for further proceedings.  Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 8/7/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel